AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>BENIAMIN-FILIP OLOGEANU<br>a.k.a. Beni<br>a.k.a. Johnla73<br>a.k.a. Marian Bradisteanu<br>*Defendant(s)* | Case No.  0:18-MJ-54-EBA |

EASTERN DISTRICT OF KENTUCKY
FILED
NOV 19 2018
EDWARD B. ATKINS
U.S. Magistrate Judge

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 1, 2014 to October 2017  in the county of  Boyd and Fayette  in the
Eastern  District of  Kentucky  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1962(d) | RICO Conspiracy |
| 18 U.S.C. 1349 | Wire Fraud Conspiracy |
| 18 U.S.C. 1956(h) | Money Laundering Conspiracy |

This criminal complaint is based on these facts:

See attached affidavit of U.S. Secret Service Special Agent Mark Coleman.

☑ Continued on the attached sheet.

*Mark Coleman by EBA with permission*
*Complainant's signature*

Mark Coleman, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/19/2018

City and state: Pikeville, Ky

Signed By:
Edward B. Atkins  EBA
United States Magistrate Judge

Edward B. Atkins, U.S. Magistrate Judge
*Printed name and title*