# AFFIDAVIT IN SUPPORT OF
# A CRIMINAL COMPLAINT

I, Mark J. Coleman, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the United States Secret Service ("USSS"), and have been since December of 1998. I graduated from the Federal Law Enforcement Training Center in Glynco, Georgia and the USSS Special Agent Academy in Beltsville, Maryland. Prior to joining the USSS, I was a military police officer in the United States Marine Corps for five years. I have a Bachelor's Degree in Police Administration with a minor in Criminal Investigation. I am a law enforcement officer as that term is used in Federal Rule of Criminal Procedure 41 and am currently assigned to the Lexington, Kentucky Resident Office. My duties include investigating violations of 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1349 (Conspiracy to Commit Mail and Wire Fraud), and 18 U.S.C. §§ 1956 and 1957 (Money Laundering).

2.  I am currently investigating Beniamin-Filip OLOGEANU, a Romanian national, and dozens of other targets, for engaging in an online auction fraud and money laundering campaign, in violation of 18 U.S.C. § 1962(d) (RICO Conspiracy), 18 U.S.C. § 1349 (wire fraud conspiracy), and 18 U.S.C. § 1956(h) (money laundering conspiracy).

3.  This affidavit is being submitted in support of a criminal complaint against OLOGEANU charging that, beginning in at least January of 2014, and continuing until at least October of 2017, OLOGEANU committed the crimes mentioned above.

4. I obtained the information set forth below from my personal investigation, as well as consultation with other credible law enforcement personnel, victim and witness statements, review of post office records, review of records received via the issuance of federal subpoenas, review of publicly filed documents, and investigative interviews of a Confidential Informant ("CI"), who is a cooperating coconspirator. I know the CI to be reliable, because I have substantiated the information the CI has provided through other witness interviews, documentary support, and/or phone calls, text messages, and recorded conversations with other targets of this investigation. This Affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter.

## INVESTIGATION

### A. The Scheme to Defraud

5. In late 2014, the United States Secret Service, Kentucky State Police, and United States Postal Inspection Service began investigating the CI, who was the registered agent and organizer of two bitcoin exchange companies, for his role in an apparent, ongoing internet and phone scam, whereby he and others known and unknown would defraud victims of money through false advertisements for the sale of nonexistent goods online or phone calls to individuals informing that a loved one was in need of money for legal assistance. After law enforcement executed a search warrant on the CI's residence and business in June of 2015, the CI admitted his participation in the fraud scheme and began assisting the United States with its investigation into others in the fraud ring. He

indicated he had been participating in the fraud schemes outlined below since at least January of 2014.

6. Through numerous meetings and interviews, the CI has explained that four categories of individuals are necessary to make this overall scheme function: (a) American victims, who are lured to provide funds under false pretenses, to be received and processed by (b) American money launderers (herein also referred to as "processors"), who, after being provided the funds from the American victim, subsequently exchange the fiat for bitcoin and send a previously agreed upon percentage to the (c) foreign processors, who receive the bitcoin and convert it to foreign currency to be paid to (d) the ultimate fraudsters seemingly located in Europe, who made the initial contacts that induced the victims to pay out large sums of money.

7. The CI has positioned himself as an intermediary brokering deals between foreign fraudsters and domestic processors. As the middleman, the CI directed the flow of money between the foreign fraudsters and other American processors, all of which flowed through him in the Eastern District of Kentucky. The CI maintains an accounting of the debts and obligations of the participating parties on Google Sheets spreadsheets that he shares with other members of the conspiracy.

8. The CI has conducted multiple transactions with a number of individuals believed to be operating what are claimed to be large-scale criminal enterprises defrauding American citizens. One such individual is known through his multiple online handles as johnla73@jabbim.com, stewiegriffin@jabber.se, and hellcat23@qip.ru, among others

(herein referred to as "Johnla73"). The investigation has revealed that Johnla73 has been a member and associate of a criminal organization, hereinafter referred to as the "Alexandria Online Auction Fraud Network," or AOAF Network.

### B. The Enterprise

9. This Affidavit supports a complaint charging Defendant Beniamin-Filip OLOGEANU with a violation of Title 18, United States Code, Section 1962(d), otherwise known as a RICO conspiracy. It further supports charges under 18 U.S.C. 1349 and 18 U.S.C. 1956(h).

10. The defendant, Beniamin-Filip OLOGEANU, together with other persons, known and unknown, was a member and associate of the AOAF Network. The AOAF Network, including its leadership, membership, and associates, as set forth in more detail below, constituted an enterprise, as defined in Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

11. The leaders, members, and associates of the AOAF Network did agree to conduct and participate, directly and indirectly, in the conduct of the affairs of the Enterprise through a pattern of racketeering activity, as that term is defined in Title 18, United States Code Section 1961(1) and (5), consisting of multiple acts indictable under:

    a. 18 U.S.C. §§ 1341, and 1343 (relating to mail and wire fraud)

  b. 18 U.S.C. §§ 1956 (relating to the laundering of monetary instruments)

  c. 18 U.S.C. §§ 1028 (relating to fraud and related activity in connection with identification documents, authentication features, and information)

  d. 18 U.S.C. § 2320(a) (relating to trafficking in goods or services bearing counterfeit marks).

12. These acts were committed in furtherance of perpetrating a wide-scale online auction fraud scheme—that is, posting false advertisements for goods online, often using stolen identities and trademarks from legitimate online auction companies, with the intent to defraud United States-based victims out of money, and then laundering the money through channels in the United States and ultimately Eastern Europe. The AOAF Network operated principally out of Alexandria, Romania, and other locations throughout Europe and the United States.

13. The AOAF Network, through its leaders, members, and associates, exploited online auction sites to perpetrate their fraud, including eBay Inc., a company that facilitates consumer-to-consumer and business-to-consumer sales online; Craigslist, a company that enables individuals to post classified advertisements for a variety of items, such as jobs, houses, items for sale, and services, online; Amazon.com, Inc., an electronic commerce and cloud computing company that enables consumers to sell items online; and Autotrader.com, Inc., an online marketplace for automobile sales and purchases, that enables consumers to sell their vehicles directly to consumers. Consumers can use each of these websites as online auction sites to sell their goods.

14. The leaders, members, and associates of the AOAF Network, including the Defendant herein, with the help of others, worked together to launder the proceeds of the online auction fraud, by converting victim payments into Bitcoin[1] in the United States, transferring the Bitcoin to Eastern Europe, where many members of the AOAF Network live and work, and then converting the Bitcoin back to fiat currency.

15. The AOAF Network included an organizational structure, with the "Il Capo dei Cappi," or the boss of bosses, blessing the operation of numerous fraud cells that are operated by individual Directors. OLOGEANU, a Romanian national living in Bucharest, is a high-level Director of the AOAF Network who interacted with peers and subordinates in the Enterprise. OLOGEANU's role included, among other things, (1) the management of fraud teams in various parts of Europe, (2) the facilitation of fraudulently obtained funds being converted into fiat currency, and (3) the concealment of the Network's criminal endeavors by using numerous monikers and anonymizing techniques. OLOGEANU's role also included coordination with: (1) the Directors and/or managers of other fraud cells, (2) the American processors who assisted in laundering the fraudulently derived funds, and (3) the foreign processors who converted bitcoin into fiat currency.

**C. Beniamin-Filip OLOGEANU, aka "Johnla73"**

---

[1] Bitcoin is a digital currency that operates as a peer-to-peer payment system. Users send and receive bitcoin using wallet software on a personal computer, mobile device, or web application. Bitcoin is exchanged between bitcoin addresses, and every bitcoin transaction generates a transaction hash that is forever stored on a public ledger commonly called the bitcoin blockchain.

16. As previously mentioned, the CI has conducted multiple transactions with AOAF members who are believed to be committing widespread fraud against American citizens. A member known as Johnla73 served as one of the most consistent foreign fraudsters with whom the CI conducted business. The CI estimates he worked with Johnla73 for more than three years. Despite alluding to his Romanian nationality, Johnla73 has repeatedly referenced living and working in Spain, particularly the southern region of the country in the Málaga Province.

17. Evidence obtained during this investigation, including interactions between Johnla73 and the CI, establishes that Johnla73 is one of the most active Directors of the AOAF Network. Over the life of the conspiracy, Johnla73 operated his own team, which included call centers workers, advertisement posters, and quality-control providers. For example, by way of valid legal process, the investigative team reviewed the content associated with kaithybennett@gmail.com, an email address associated with a Google Voice number that Johnla73 frequently used to communicate with the CI. The content associated with kaithybennett@gmail.com confirmed his position and involvement in fraudulent activity, including—but not limited to—the following:

- On July 06, 2016, kaithybennett@gmail.com received an email with the subject heading "Foaie cu MO"[2]. The email contained what appeared to be a fraudulent

---

[2] "Foaie cu" is translated from Romanian to mean "Sheet with" while I know "MO" to be a common abbreviation used by cyber criminals referring to a "Money Order". As such, the complete subject heading is translated to: "Sheet with Money Order".

7

eBay invoice confirming the purchase of a 2007 GMC Sierra 1500 pickup truck. Moreover, the invoice directed the purchasing party (victim) to obtain $5,000 in money orders and then send the money orders to a PO Box located in Sterling, Massachusetts.

- On July 05, 2016, kaithybennett@gmail.com received an invoice depicting the sale of a 2007 Ford Mustang convertible for $2,500. The invoice instructed the purchasing party to provide payment in the form of Walmart Gift Cards. According to the invoice instructions, the cards were to be scratched off, photographed, and emailed.

- On February 22, 2016, kaithybennett@gmail.com received what appeared to be an invoice template representing a request from an eBay payment platform seeking $2500 in iTunes gift cards for a 2006 Honda Odyssey. As with previously discussed examples, the invoice instructed the purchasing party to obtain the codes from the back of the purchased gift cards and email them to a specific email address.

- On February 23, 2016, kaithybennett@gmail.com received an untitled email that contained an invoice requesting payment via iTunes gift cards and the Apple Pay platform for a 1996 Ford Bronco Eddie Bauer 4X4. As with the previous invoices, detailed instructions were included requesting the purchasing party email the uncovered gift card codes to a specified email address.

8

18. These emails matter because, over the course of their criminal relationship, the CI and Johnla73 not only discussed the online-auction fraud scheme, but Johnla73 also provided card numbers and other payment instruments to be converted into fiat currency. As revealed over the course of the investigation, Johnla73 conducted years of bitcoin transactions with the CI and at least seven of the AOAF members who were charged with RICO conspiracy in a sealed indictment from July 2018.

19. When analyzing bitcoin transfers between Johnla73 and the CI, investigators identified the bitcoin wallet 14SWMe4HttRgVTTEFSwieGhhYs3wedmh9G (herein referred to as address "14SW"). Investigators subsequently determined that the individual(s) controlling 14SW also communicated using treaba2013@gmail.com. After obtaining a warrant for the content and information associated with that address, investigators identified thousands of emails demonstrating years of online auction fraud spanning from 2013 to 2016. Subsequent investigation revealed that the fraud crew behind treaba2013@gmail.com was managed by another AOAF member who was charged in July 2018. The transfer of fraudulent funds between Jonhla73 and the crew behind treaba2013@gmail.com demonstrates a conspiratorial relationship between Johnla73 and the online auction fraud conducted by the treaba2013@gmail.com crew.

20. Johnla73 himself has corroborated his involvement in AOAF-directed online auction fraud. Through an encrypted messaging service, Johnla73 has told the CI that he manages multiple, Europe-based teams that generate funds by defrauding Americans. Johnla73 has previously indicated that the scheme exists on "pyramyd [sic] thinking," with

9

each team of fraudsters generally tasked with obtaining payments from victims using a particular payment platform—that is, one team would concentrate on Visa OneVanilla prepaid debit cards, while another focused on money orders, etc. Once he defrauded U.S.-based victims into sending him money in various forms of payment, Johnla73 then sent the CI the gift-card codes and other forms of payment and asked the CI to exchange those funds into bitcoin.

21. Johnla73's comments to the CI have been corroborated through multiple avenues, and notably records obtained via search warrants on dineewilliam@gmail.com and other email addresses that Johnla73 shared to access the CI's Google Sheets spreadsheets. These accounts, like others, contained thousands of emails and other records documenting Johnla73's management of online auction fraud, including examples of fraudulent ad postings, communications with victims, and documentation of payment processing.

22. Over the life of the conspiracy, Johnla73 communicated, or otherwise demonstrated a criminal relationship with, members of the AOAF Network. As previously mentioned, he conducted regular bitcoin transactions with at least seven of the AOAF members who were charged in July 2018. As "Marian Bradisteanu," for example, Johnla73 regularly communicated and conducted business with a Bulgaria-based exchanger, with transaction records showing that Johnla73 conducted approximately $1.2M in bitcoin conversions with this coconspirator between March 2015 and November 2016. Moreover, in an August 2016 communication with the CI, Johnla73 admitted to receiving payment

instruments from the same sources as another charged AOAF member and eventually revealed that member's true identity in confidence. These non-exhaustive examples, along with other evidence discussed throughout this Affidavit, demonstrate Johnla73's participation in the AOAF Network and its criminal objectives.

### D. The Attribution of Ologeanu

23. The investigative team has determined that Johnla73 is Beniamin Filip OLOGEANU. When analyzing the path of Johnla73's bitcoin transactions, the investigative team learned that Johnla73 would communicate with bitcoin exchangers using the email addresses mbr47@safe-mail.net and mbbr47@gmail.com. In these communications, Johnla73 would use, among other aliases, Marian Bradisteanu ("mbr"). Through valid legal process, the investigative team obtained records from Apple which identified an Apple ID account registered to "Joe Doe" using the email address mbr47@safe-mail.net. These records revealed that, in creating the mbr47@safe-mail.net account, verification emails were sent to email addresses, mbr47@safe-mail.net, and calexandrai@yahoo.com.

24. Via an open-source search, U.S. authorities determined that the calexandrai@yahoo.com account was likely associated with the Twitter account @calexandrai, registered to an individual named Alexandra Costache. It further appeared that Costache operated a Facebook account in the name of "Alexandra Costache," with the vanity name "alexandra.costache.98". Through valid legal process, the investigative team obtained all available data related to the Alexandra Costache Facebook profile, including

11

the IP address log-in history and records of communications sent to and from the account. These records confirmed that, among other things, the Costache Facebook account had been registered using the email address calexandrai@yahoo.com, the same email address connected to the Apple ID associated with Johnla73. Romanian authorities subsequently provided government identification photos of Alexandra Ioana Costache, a Romanian national with a birthdate of April 25, 1991. Costache matched the female regularly depicted on photographs posted to the Alexandra Costache Facebook profile.

25. Costache's Facebook account included several overlaps with known features of Johnla73's life. IP address records indicated that, on May 02, 2016, at 20:16 UTC, Costache logged into her Facebook profile via 212.170.97.250, which is registered to Telefonica de Espana Static IP and plots to Málaga, Spain. Johnla73 also used this IP address to access the mbr47@safe-mail.net Apple ID on May 02, 2016, at 22:05:01 and 22:05:02 UTC. And, as mentioned previously, Johnla73 often spoke to the CI about working in Málaga.

26. On September 21, 2015, Costache's Facebook account logged in using the IP address 81.32.115.216, and on September 25, 2015, the mbr47@safe-mail.net Apple ID account accessed the same IP address. On one other occasion, and within days of each other, the users of the mbr47@safe-mail.net Apple account and Costache Facebook account accessed the same IP address.

27. While working with the CI, Johnla73 provided the email account ajaquez203@gmail.com as a means of communicating and sharing documentation in

12

furtherance of the criminal scheme. Through valid legal process, the investigative team obtained IP address records from the ajaquez203 account. Records indicated that ajaquez203 used IP address 84.232.154.99 on March 01, 2015. Upon official request, Romanian authorities determined that 84.232.154.99 resolved to the Ioana Hotel Sinaia in Romania. Additional investigation into the hotel revealed that an individual named Alexandra Ioana Costache had been a registered guest at the hotel during that period.

28. Investigators have excluded the possibility that Costache is Johnla73 due to, among other reasons, the fact that Johnla73 has referred to himself as being male. Investigators learned from Romanian authorities that Costache, however, shares two children with Romanian national, Beniamin Filip OLOGEANU, born on December 12, 1989. On the evening of December 11, 2015 at 21:29 Eastern Standard Time, Johnla73 informed the CI that "today is my birthday." Earlier that same day, Johnla73, using the email address mbbr47@gmail.com, exchanged a number of emails with a known Bulgarian bitcoin exchanger while negotiating a transaction. Header information from these emails suggested that the messages had been sent by Johnla73 from a location approximately six hours ahead of Eastern Standard Time. Consequently, when accounting for the geographic time change during his earlier conversation with the CI, Johnla73's statement about his birthday would have occurred on OLOGEANU's birthdate of December 12.

29. Pursuant to valid legal process, investigators also obtained non-content communication logs for calexandrai@yahoo.com. Investigators noticed correspondence between Costache and the email address skylinebuildersro@yahoo.com, which the header

information noted as being tied to "Beniamin Ologeanu." Yahoo subsequently provided, pursuant to valid legal process, information tied to secondary and/or linked accounts for skylinebuildersro@yahoo.com. This information included philip23@safe-mail.net and agrobio23@yahoo.com—two email accounts tied to Johnla73, with his signature use of the number 23.

30. On this note, a non-exhaustive list of Johnla73's monikers includes hellcat23, slevin23, philip23@safe-mail.net, Alexa23, MB23, butters23@protonmail.com, agrobio23@yahoo.com, Johnla23, Johnla732323, and npv23@safe-mail.net. In a communication between Johnla73 and the CI in August 2016, Johnla73—using the moniker 100eyes—stated that "i use [sic] to put 23 at all my ids . . . and people that works with me do the same."

31. Investigators have also queried many Johnla73-connected email addresses to public payment processors and online platforms, finding several connections to OLOGEANU. Romanian FSNI's obtained information related to OLOGEANU and Costache from a company called Netopia Mobilpay. Among the email addresses connected to the Netopia Mobilpay accounts were agrobio23@yahoo.com, 777dotbuy@gmail.com, and beniamin@cryptodice.com. In addition to the use of "23" in agrobio23@yahoo.com, OLOGEANU's account with Cryptodice, which is a gambling site that uses virtual currency, connects to a February 2017 conversation between Johnla73 and the CI about playing virtual dice. And investigators have learned, pursuant to a request for mutual legal

assistance, that 777dotbuy@gmail.com was used to register an eBay account in the name of "Beniamin Ologeanu."

32. Other personal aspects of OLOGEANU's life connect to Johnla73, as well. In one email from Johnla73 sent on December 11, 2015, Johnla73 stated that, "My wife is bulgarian citizen, my child is bulgarian citizen." Taken at face value, Johnla73 has, at some point, fathered a child in Bulgaria.

33. On official request, Romanian authorities began telephonic surveillance on phones utilized by both Costache and OLOGEANU. On October 08, 2018, OLOGEANU had a phone conversation with an unidentified male, whereby OLOGEANU, when asked about the well-being of his male children, made the following statement: "They're good. Rafa is in Bulgaria, he just started Kindergarten. I was supposed to go there but I didn't have money and time...Michael is okay, he's positive." Romanian records indicate OLOGEANU is the father of Mikael-Alexandru Ologeanu.

34. The investigation has revealed that OLOGEANU, just like Johnla73, has owned a Nissan GTR, which is a model and make of a luxury sports car. In an October 2015 communication between Johnla73 and the CI, the fraudster claimed to have just sold his 2011 Nissan GTR black edition. In October 2018, as part of the telephonic surveillance conducted pursuant to a request for mutual legal assistance, Romanian authorities intercepted a conversation between Costache and OLOGEANU. In a portion discussing

past trips in sports vehicles, Costache remarks, "It's just like the GTR. The GTR was making your stomach upside down when you were hitting the gas!"[3]

35.   Additional review of Johnla73's chats revealed that, on March 28, 2016, he informed the Confidential Source that he was visiting relatives. Johnla73 immediately followed that statement with the fact that he is an uncle. Further review of Costache's Facebook messages revealed that on March 28, 2016, Costache received three photos from an individual with the profile name "Inna Ologeanu," who has been identified as Florina Ologeanu, the wife of OLOGEANU's brother. Florina and her husband had a male child named "Vlad" in January 2016. A review of the three photos sent to Costache displayed a group of individuals around a small male child matching the approximate age of Florina Ologeanu's son. In front of the child is a cake bearing the name "Vlad." Among the individuals identified in the group photo were Alexandra Costache, along with Florina, her husband, and Beniamin OLOGEANU. Accordingly, the photo suggests OLOGEANU was visiting his family and nephew on the same day Johnla73 purported to the CI he was doing the same.

36.   There is probable cause to believe that Defendant, being a person employed by and associated with the Enterprise, which Enterprise engaged in, and the activities of which affected, interstate and foreign commerce, did knowingly, willfully, and intentionally combine, conspire, confederate, and agree together and with each other and

---

[3] The Romanian FSNIs translated this conversation.

with other persons known and unknown to the Grand Jury to violate 18 U.S.C. § 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the Enterprise through a pattern of racketeering activity, as that term is defined in Title 18, United States Code Section 1961(1) and (5), as described in paragraph 10, above, in violation of 18 U.S.C. § 1962(d).

37.     Defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

38.     There is probable cause to believe that Defendant engaged in a conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and engaged in a conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h)

## CONCLUSION

39.     The above-statement is true and correct to the best of my knowledge. I request that a criminal complaint and arrest warrant be issued based on probable cause to charge Beniamin-Filip OLOGEANU with one count of conspiracy to commit a RICO offense in violation of 18 U.S.C. § 1962(d), conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349, and conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h).

Respectfully submitted,

_Mark Coleman by EBA_
Mark Coleman
Special Agent, United States Secret Service

17

Subscribed and sworn to before me on ___November 19___, 2018.

Signed By:
Edward B. Atkins  EBA
United States Magistrate Judge

Edward B. Atkins
UNITED STATES MAGISTRATE JUDGE