*Rule 4.1 Addendum*

0:18-MJ-54-EBA

Per Rule 41(d)(3) and Rule 4.1, the Court processed the Complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation, through Affiant self-identification, and by personal knowledge), with badge # A04665 . Affiant simply attested to the affidavit and complaint, which the AUSA transmitted by remote electronic means (e-mail). The Court issued the original warrant and transmitted same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rule 4.1.

Signed By:
Edward B. Atkins
United States Magistrate Judge

Edward B. Atkins,
United States Magistrate Judge

Date and Time: 11/19/2018
2:00 p.m.

