UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
F I L E D
NOV 2 6 2018
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Mag. No. 0:18-MJ-54-EBA

BENIAMIN-FILIP OLOGEANU
   a.k.a. BENI
   a.k.a. JOHNLA73
   a.k.a. MARIAN BRADISTEANU

## AFFIDAVIT IN SUPPORT OF REQUEST FOR EXTRADITION OF BENIAMIN-FILIP OLOGEANU

I, Mark J. Coleman, being duly sworn, depose and state:

1. I am a Special Agent with the United States Secret Service ("USSS") and have been so employed since December of 1998. I have received training on the conduct of criminal investigations, including investigations of fraud and money laundering. As a Special Agent, I am responsible for investigating violations of federal criminal law, including violations relating to wire fraud and money laundering. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures.

2. As a federal agent, I am authorized to investigate the laws of the United States and to execute judicially authorized orders issued under the authority of the United States.

3. This affidavit is submitted in support of a request by the United States for extradition of BENIAMIN-FILIP OLOGEANU. In the course of my duties as a Special Agent, I have become familiar with the evidence and the charges against OLOGEANU. The statements

contained in this affidavit are based upon my own investigation, including victim statements, information provided by other Special Agents of the USSS, information provided by other law enforcement officers, and my personal experience with computer related offenses. This affidavit is intended to show merely that there are sufficient facts to support the extradition and does not set forth all of my knowledge about this matter.

4.     Based on the investigation in this case, on November 19, 2018, a United States Magistrate Judge for the United States District Court in the Eastern District of Kentucky approved a criminal complaint finding enough evidence has been presented that would allow a reasonable person to believe that OLOGEANU conspired to commit a Racketeer Influenced and Corrupt Organization violation (18 U.S.C. § 1962(d)), wire fraud (18 U.S.C. § 1349), and money laundering (18 U.S.C. § 1956(h)).

## FACTS OF THE CASE

5.     As described below, the evidence establishes that between at least January of 2014, and at least October 2017, BENIAMIN-FILIP OLOGEANU, along with ANDREI-CĂTĂLIN STOICA, VICTOR-AUREL GRAMA, LIVIU-SORIN NEDELCU, IONUȚ CIOBANU, MARIUS-DORIN CERNAT, ALEXANDRU ION, ȘTEFAN-ALEXANDRU PĂIUȘI, EUGEN-ALIN BADEA, CRISTIȘOR OLTEANU, ADRIAN MITAN, BOGDAN-ȘTEFAN POPESCU, FLORIN ARVAT, ALIN-IONUȚ DOBRICĂ, VLAD-CĂLIN NISTOR, and ROSSEN IOSSIFOV, and others known and unknown, engaged in a large-scale, highly organized scheme to defraud victims based in the United States and to launder money received from those victims, in a manner designed to enrich OLOGEANU and the others. OLOGEANU and the others, except IOSSIFOV, are citizens of Romania. During the time period charged in the Complaint, OLOGEANU resided in Alexandria and Bucharest, Romania.

**Background of the Investigation**

6.  In late 2014, United States law enforcement began investigating the Confidential Source, who was the registered agent and organizer of two bitcoin exchange companies, for his role in an ongoing internet and phone scam. The Confidential Source began assisting the United States with its investigation after law enforcement executed a search warrant on his residence and business in June of 2015.

7.  Through numerous meetings and interviews, the Confidential Source has explained that he laundered money for various fraud schemes, most notably, online auction fraud. Online auction fraud uses online auctions such as eBay and other online retail sites such as craigslist to post advertisements for luxury items such as vehicles that do not exist. Fraudsters operating online auction fraud convince victims to pay for those items through online or telephonic communication, and then conduct a complex money laundering operation to ensure that victim money is ultimately received in Romania.

8.  Four categories of people are necessary to make this overall scheme function: (a) United States-based victims ("American victims"), who are lured into providing funds under false pretenses; (b) American money launderers ("American processors"), who, after being provided the funds from the American victims, convert the method of payment to cash or bank funds and exchange the money for bitcoin before sending a previously agreed upon percentage across to Eastern Europe; (c) foreign money launderers (also referred to as "foreign processors"), who receive the bitcoin from victims and then convert that bitcoin to foreign currency to be paid to (d) the ultimate fraudsters located in Europe, whose teams made the initial contacts that induced the victims to pay out large sums of money.

9.      The Confidential Source positioned himself as an intermediary between foreign fraudsters and American processors. The Confidential Source directed the flow of money between the foreign fraudsters and other American processors: foreign fraudsters would reach out to the Confidential Source, asking whether he could launder proceeds of the online auction fraud. The Confidential Source would then communicate with American launderers, who performed the work. For example, when the foreign fraudster requested that the victim send the money in the form of prepaid debit cards, the foreign fraudster would receive images of the prepaid debit cards or the codes from the victim through online communication. The foreign fraudster would provide that data to the Confidential Source. The Confidential Source would then provide that data to an American processor, who would re-encode blank cards with the debit card information in order to make clone prepaid debit cards. The American processor would then redeem the clone prepaid debit cards and provide the funds back to the Confidential Source, either in the form of a bank wire, cash through the mail, or bitcoin. The Confidential Source would then send the profits to the foreign fraudster in the form of bitcoin.

**Evidence Against OLOGEANU**

10.     Chat logs show that on December 13, 2014, a person using the online username, "johnla73@jabbim.com" reached out to the Confidential Source on an online, encrypted chat forum. The Confidential Source recognized the username from prior conversations with him on Localbitcoins.com, a website that facilitates peer-to-peer bitcoin transactions. The two communicated and worked with each other for the next three years. Johnla73 would frequently use different nicknames, identifying himself as "Johnla" when he reached out to the Confidential Source under a new username, including hellcat23@qip.ru and 100eyes@jabbim.cz. On one

occasion, when communicating with the Confidential Source as 100eyes@jabbim.cz, he told the Confidential Source to add him as slevin23@jabbim.cz.

11.  Over time, Johnla73 informed the Confidential Source that he resides in Eastern Europe and claimed he hires multiple teams of people to post false advertisements for vehicles, recreational machinery (such as special off-road vehicles called "all-terrain vehicles"), and heavy equipment. For example, on November 20, 2015, Johnla73, using the username hellcat23@qip.ru, told the Confidential Source: "this biz works only because of team work." He further explained that he and his teams worked in a "pyramide": "10-15 peoples working on posting > following by 5 -8 peoples responding > 2-3 call center > me and peoples fixing the whole previous peoples bring at work > you > client." According to the Confidential Source, Johnla73 refers to victims as clients during their conversations. On December 15, 2015, in response to the Confidential Source's question about what websites Johnla73 uses for his business, Johnla73, using the username Hell Cat, responded, "craigslist bro, autotrader, carsforsale, and oodle." On August 1, 2017, the Confidential Source asked Johnla73 what kind of schemes he was organizing at this time, to which Johnla73, using the username slevin23@jabbim.cz, stated, "All kind of products anyway[,] boats[,] tractors[,] cars."

12.  Johnla73 provided the Confidential Source with numerous email addresses to use to communicate with him, including dineewilliam@gmail.com and kaithybennett@gmail.com. Records from these accounts showed emails and other records documenting Johnla73's management of online auction fraud. These emails and records contained, among other things, examples of fraudulent ad postings, communications with victims, and documentation of payment processing. As an example, among the multiple texts sent from a phone number connected with the kaithybennett@gmail.com account was an outgoing text sent to multiple parties that read: "Hi,

I'm Kathy, my mothers car 2010 Tundra is still for sale - $5000. If you want to buy it, just send an email to my mom: paula.smith2423@gmail.com." The katithybennett@gmail.com accounts contained many similar communications.

13. As explained above, Johnla73 told the Confidential Source, over time, about his fraud scheme and regularly discussed altering his methods in an attempt to deceive a greater number of people. For example, in August 2016, using the handle 100eyes@jabbim.cz, Johnla73 requested the Confidential Source review the English used in his fraudulent invoices as he wished to transition his invoices to seek cashier's checks rather than money orders. After the Confidential Source suggested he continue seeking money orders, Johnla73 stated, "bro money orders doesnt work over 5k i want to work big amounts."

14. Chat logs reveal that Johnla73 requested that the Confidential Source redeem victim funds for him and send illicit proceeds in the form of bitcoin back to Johnla73. For example, on July 24, 2017, Johnla73 informed the Confidential Source that two checks, understood to be the result of online advertisement fraud and in the amounts of $5,375 and $9,000, were being shipped to an address the Confidential Source previously provided the fraudster. The Confidential Source subsequently coordinated with an American processor who had access to the mailbox to obtain the checks and subsequently convert them to fiat currency. The American processor ultimately mailed the proceeds of the negotiated checks, minus his agreed upon percentage, to a Post Office Box provided by the Confidential Source. The Confidential Source sent bitcoin representing portions of those illicit proceeds to Johnla73's bitcoin address.

15. Johnla73 would often direct the Confidential Source to send bitcoin to particular bitcoin addresses. The bitcoin blockchain is a public ledger that records all bitcoin transactions that have ever taken place. Records from the blockchain show that some of the bitcoin the

Confidential Source sent to coconspirators of the AOAF Network, including Johnla73, were later sent to bitcoin addresses determined to be housed at Kraken, a large, bitcoin exchange company. Records from Kraken showed that these bitcoin addresses belonged to a Bulgarian national identified as ROSSEN IOSSIFOV, who registered his Kraken account with the email address rgcoins67@gmail.com and who is indicted along with the other AOAF Network coconspirators.

16. Bitcoin analysis of the addresses associated with Johnla73 revealed that Johnla73 sent or received bitcoin from bitcoin addresses associated to people charged in this case, including ANDREI-CĂTĂLIN STOICA, IONUȚ CIOBANU, ALEXANDRU ION, LIVIU-SORIN NEDELCU, and BODGAN STEFAN POPESCU.

## IDENTIFICATION AND LOCATION

17. BENIAMIN-FILIP OLOGEANU (CNP 1891212340439) is a white, male born on December 12, 1989, in Alexandria, Romania. He is known to reside at Str.Frigului nr.18 bl.1 et.7 ap.719, SPC. București S4 compart. nr.1. Prior to that, and as recent as August of 2017, he resided at Str.Dunării bl.L2 sc.D et.2 ap.52, Alexandria. Romanian authorities provided his photograph, attached as Exhibit E, which was taken around August 11, 2018. Other images in Exhibit E were obtained from the Facebook profile page belonging to Alexandra Costache, OLOGEANU's girlfriend (explained below). These images were received or sent on March 28, 2016, and December 10, 2017, as noted in Exhibit E.

18. Through numerous sources, U.S. authorities identified Johnla73 as OLOGEANU. U.S. authorities learned that Johnla73 would communicate with IOSSIFOV using the email addresses mbr47@safe-mail.net and mbbr47@gmail.com. In these communications, Johnla73 would use, among other aliases, Marian Bradisteanu ("mbr"). Records from Apple identified an Apple ID account registered to "Joe Doe" using the email address mbr47@safe-mail.net. These

records revealed that, in creating the mbr47@safe-mail.net account, verification emails were sent to email addresses, mbr47@safe-mail.net and calexandrai@yahoo.com. U.S. authorities obtained records from an Alexandra Costache Facebook profile, which had been registered using the email address calexandrai@yahoo.com. Romanian authorities subsequently provided government identification photos of Alexandra Ioana Costache, a Romanian national with a birthdate of April 25, 1991. Costache matched the female regularly depicted on photographs posted to the Alexandra Costache Facebook profile.

19. Costache's Facebook account included several overlaps with known features of Johnla73's life. IP address records indicated that, on May 02, 2016, at 20:16 UTC, Costache logged into her Facebook profile via 212.170.97.250, which is registered to Telefonica de Espana Static IP and plots to Málaga, Spain. Johnla73 also used this IP address to access the mbr47@safe-mail.net Apple ID on May 02, 2016, at 22:05:01 and 22:05:02 UTC. Johnla73 often spoke to the Confidential Source about working in Málaga. On September 21, 2015, Costache's Facebook account logged in using the IP address 81.32.115.216, and on September 24, 2015, the mbr47@safe-mail.net Apple ID account accessed the same IP address. On one other occasion, and within days of each other, the users of the mbr47@safe-mail.net Apple account and Costache Facebook account accessed the same IP address.

20. While working with the Confidential Source, Johnla73 provided the email account ajaquez203@gmail.com as a means of communicating and sharing documentation in furtherance of the criminal scheme. Records indicated that ajaquez203 used IP address 84.232.154.99 on March 01, 2015. Upon official request, Romanian authorities determined that 84.232.154.99 resolved to the Ioana Hotel Sinaia in Romania. Records from Ioana Hotel Sinaia showed that a person named Alexandra Ioana Costache had been a registered guest at the hotel during that period.

21. Johnla73 indicated to the Confidential Source that he is a male, and Romanian authorities discovered that Costache had two children with Romanian national, Beniamin Filip OLOGEANU. The investigation showed that OLOGEANU was likely traveling with Costache and was actually the person logging on using the mbr47@safe-mail.net and ajaquez203@gmail.com accounts.

22. On the evening of December 11, 2015, at 21:29 Eastern Standard Time, Johnla73 informed the Confidential Source that "today is my birthday." Earlier that same day, Johnla73, using the email address mbbr47@gmail.com, exchanged a number of emails with a known Bulgarian bitcoin exchanger while negotiating a transaction. Header information from these emails suggested that the messages had been sent by Johnla73 from a location approximately six hours ahead of Eastern Standard Time. This meant Johnla73's statement about his birthdate would have occurred on OLOGEANU's birthdate of December 12.

23. In one email Johnla73 sent to IOSSIFOV on December 11, 2015, Johnla73 stated, "My wife is bulgarian citizen, my child is bulgarian citizen." On official request, Romanian authorities began telephonic surveillance on phones used by both Costache and OLOGEANU. On October 08, 2018, OLOGEANU had a phone conversation with an unidentified male, and OLOGEANU, when asked about the well-being of his sons, made the following statement: "They're good. Rafa is in Bulgaria, he just started Kindergarten."

24. The investigation has revealed that OLOGEANU, just like Johnla73, owned a Nissan GTR, which is a model and make of a luxury sports car. In an October 2015 communication between Johnla73 and the Confidential Source, Johnla73 claimed to have just sold his Nissan GTR black edition. In October 2018, as part of the telephonic surveillance conducted pursuant to a request for mutual legal assistance, Romanian authorities intercepted a conversation between

Costache and OLOGEANU. In a portion discussing driving sports cars, Costache remarks, "It's just like the GTR. The GTR was making your stomach upside down when you were hitting the gas!"

25. On March 28, 2016, Johnla73 informed the Confidential Source that he was visiting relatives and that he is an uncle. The same day, Costache received three photos through Facebook messenger from a person with the profile name "Inna Ologeanu," who has been identified as Florina Ologeanu, the wife of OLOGEANU's brother. Florina and her husband had a male child named Vlad in January 2016. One of the photos sent to Costache displayed Alexandra Costache, Florina, her husband, and Beniamin OLOGEANU posing around a small, male child matching the approximate age of Florina Ologeanu's son, with a cake in front of him bearing the name "Vlad." Thus, OLOGEANU was visiting his family and nephew on the same day Johnla73 told the Confidential Source he was doing the same.

## CONCLUSION

26. My affidavit is sworn to before a U.S. Magistrate Judge for the Eastern District of Kentucky, who is legally authorized to administer an oath for this purpose. I have thoroughly reviewed this affidavit and the attachment to it.

Mark J. Coleman
Special Agent
United States Secret Service

I certify that this is the original affidavit, sworn to and subscribed to before me on this 26 day of November, 2018 in Lexington, KY.

UNITED STATES MAGISTRATE JUDGE

Exhibit E: Photographs of OLOGEANU

Government Photograph

Taken around August 11, 2017



Facebook Photographs



*Received around March 28, 2016*



*Sent around December 10, 2017*