Eastern District of Kentucky
FILED

JAN 10 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 0:18-MJ-54-EBA

UNITED STATES OF AMERICA     PLAINTIFF

v.     **UNITED STATES' MOTION FOR LIMITED DISCLOSURE OF SEALED DOCUMENTS**

**BENIAMIN-FILIP OLOGEANU**     DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The United States hereby moves the Court to permit limited disclosure of the complaint, arrest warrant, and other pleadings sealed in the above-cited matter, to defense counsel and translators as necessary to assist in the defense of the Defendant, provided the following:

(1) That defense counsel maintains the pleadings in his or her possession, the possession of his or her office, or in the possession of his or her defense team, to include defense experts, investigators, and translators/interpreters;

(2) That the Defendant may have access to the pleadings, but the Defendant may not be allowed to take the pleadings where they could be shown to third parties or where additional copies could be made; and

(3) That the Defendant, defense counsel, and any other person permitted access to the pleadings under this order not be permitted to disclose the pleadings or the contents thereof to any third party.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: /s/ Kathryn M. Anderson

Kathryn M. Anderson
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
Kathryn.Anderson@usdoj.gov
(859) 685-4885

Kenneth R. Taylor
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
Ken.Taylor@usdoj.gov
(859)685-4874

Timothy C. Flowers
Senior Trial Attorney
Computer Crime and Intellectual Property Section
1300 New York Avenue NW, Suite 600
Washington, DC 20530
Timothy.Flowers2@usdoj.gov
(202)353-0684

Frank Lin
Senior Trial Attorney
Computer Crime and Intellectual Property Section
1300 New York Avenue NW, Suite 600
Washington, DC 20530
Frank.Lin@usdoj.gov
(202)305-9266