UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
*ASHLAND*

Eastern District of Kentucky
**FILED**
JAN 10 2019
AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 0:18-MJ-54-EBA

UNITED STATES OF AMERICA     PLAINTIFF

v.     **ORDER**

BENIAMIN-FILIP OLOGEANU     DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The United States, having filed a motion to permit limited disclosure of certain documents in the above-styled case, the Court ORDERS that the Clerk of the Court is permitted to disclose the contents and copies of the complaint, arrest warrant,, and other documents filed in the above-styled case to defense counsel and translators in accordance with the following:

(1) Defense counsel SHALL maintain the pleadings in his or her possession, the possession of his or her office, or in the possession of his or her defense team, to include defense experts, investigators, and translators/interpreters;

(2) The Defendant SHALL have access to the pleadings, but the Defendant may not be allowed to take the pleadings where they could be shown to third parties or where additional copies could be made; and

(3) The Defendant, defense counsel, and any other person permitted access to the pleadings under this order SHALL NOT be permitted to disclose the pleadings or the contents thereof to any third party.

On this ___10___ day of ___January___, 2019.



Signed By:
Edward B. Atkins *EBA*
United States Magistrate Judge