Eastern District of Kentucky
**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

JAN 11 2019

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CASE NO. 0:18-MJ-54-EBA

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                          **SEALED ORDER**

BENIAMIN-FILIP OLOGEANU                                     DEFENDANT

\* \* \* \* \*

The Court ORDERS that the motion of the United States is GRANTED, and the case shall remain UNDER SEAL, except that the Clerk of the Court may continue to comply with the limited unsealing order entered on January 10, 2019.

On this ___11th___ day of ___January___, 2019.



Signed By:
Edward B. Atkins *EBA*
United States Magistrate Judge