Eastern District of Kentucky
**FILED**
JAN 14 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

## OATH TO INTERPRETER

Do you solemnly swear or affirm that you will interpret faithfully and accurately in this matter now before the court; do you so swear or affirm?

_____
INTERPRETER

_Livia - Lee Roth_
(Print Name)

Subscribed and sworn to before me this _14th_ day of _January_, 20_19_

ROBERT R. CARR, CLERK

BY: _Kathleen Reynolds_

Date of Service: _1-11-19_
Language: _Romanian_

Case No: _18-81_         USA    v. _Popescu_
Proceeding: _IA + Arr_    Judge: _Stinnett & Atwood_
                                  _Nedelcu_
                                  _Dobrica_

Case No: _0:18-mj-54_    USA    v. _Ologeanu_
Proceeding: _IA_          Judge: _Stinnett_

Case No: _____         _____ v. _____
Proceeding: _____      Judge: _____