UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES-INITIAL APPEARANCE

Ashland     Magistrate Case No. 18-MJ-54-EBA-1          At: Lexington   Date: January 11, 2019

U.S.A. vs. Beniamin-Filip Ologeanu     x present    x custody     __ bond    __ OR    AGE _____

DOCKET ENTRY:  The Court conducted Defendant's initial appearance and advised him of his constitutional rights, the pending charges, and the possible penalties.  A certified interpreter was ordered for today and all future proceedings.  Upon a determination that Defendant qualifies for court appointed counsel, the Court appointed Pam Ledgewood to represent him under the CJA.
　　　The United States orally moved for pretrial detention.  An administrative ICE detainer has been filed against Defendant, a copy of which was provided to counsel.  The Court **GRANTS** the motion WITHOUT PREJUDICE.  If the detainer should be lifted, Defendant may, by counsel, file a written motion, and the Court will promptly schedule a detention hearing.
　　　Defendant requested a preliminary hearing   The Court, in consultation with counsel, scheduled a preliminary hearing.
　　　The United States has filed a motion for alternative notification under the Crime Victims' Rights Act.

---

PRESENT:    HON.  MATTHEW A. STINNETT, UNITED STATES MAGISTRATE JUDGE

　　Susan Adkins　　　Audio File No　　　Kathryn Anderson　　　Lee Roth
　　Deputy Clerk　　　Court Reporter　　　Assistant U.S. Attorney　　Interpreter

　　Counsel for Defendant :  Pam Ledgewood   x  present    __ retained  x  appointed

I, Susan L. Adkins, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LEX__0-18-mj-54-EBA-1_20190111_141510.

**PROCEEDINGS:**        **(UNDER SEAL)  INITIAL APPEARANCE**

| | |
|---|---|
| x | Copy of Complaint given to Defendant. |
| x | Defendant states true name is  as stated in the Complaint. |
| __ | Waiver Appointment of Attorney executed and filed. |
| __ | Defendant advised the Court that he/she will retain counsel. |
| x | Defendant requested that the Court appoint counsel. |
| x | Financial Affidavit executed & filed. |
| x | Court FINDS Defendant qualifies for court-appointed counsel under provision of CJA. |
| x | Ordered Pam Ledgewood is appointed attorney under the CJA. |
| x | Defendant advised of constitutional rights. |
| x | Defendant advised of the nature of charges and possible penalties. |
| X | Count assigned for **PRELIMINARY HEARING on Tuesday, January 15, 2019, at 2:00 p.m.**, before Hon. Edward B. Atkins in Lexington, Kentucky. |
| x | Defendant remanded to custody. |
| __ | Defendant released on conditions. |
| __ | USPO to circulate PSR to counsel. Counsel may retain PSR while detention issues pend but may not copy or disseminate the report to any person (except defense counsel can share content with Defendant). |



Signed By:
**Matthew A. Stinnett**
United States Magistrate Judge

Copies: COR, USP, USM, D, CJA Clerk
Initials of Deputy Clerk <u>sla</u>
TIC: /.018

Case: 5:19-cr-00010-JMH-MAS   Doc #: 12   Filed: 01/11/19   Page: 2 of 2 - Page ID#: 68