UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**
JAN 1 4 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CASE NO. 18-MJ-54-EBA**

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

V.            **UNITED STATES' MOTION TO
CONTINUE PRELIMINARY HEARING**

**BENIAMIN-FILIP OLOGEANU**                      **DEFENDANT**

\* \* \* \* \* \*

The United States moves the Court to continue this action for preliminary hearing on January 15, 2019, until at least January 23, 2019. According to Federal Rule of Criminal Procedure 5.1(c), "The magistrate judge must hold the preliminary hearing within a reasonable time, but no later than 14 days after the initial appearance if the defendant is in custody and no later than 21 days if not in custody." The Defendant's initial appearance was held on January 11, 2019, and the preliminary hearing was scheduled for January 15, 2019. The United States requests that the Court delay the hearing until at least January 23, 2019, to enable the United States the opportunity to prepare the evidence and witness testimony necessary for the preliminary hearing, or to presentment an indictment to the Grand Jury.

The United States intends to present an indictment to a special session of the Grand Jury on December 17, 2019. In the event the Defendant is indicted, the need for a

preliminary hearing would be moot, and the delay would save court resources. Moreover, a delay would not unduly prejudice the Defendant. As the Court is aware, the Defendant's case is related to a case involving 15 indicted parties, all of whom are foreign nationals. Romanian national police arrested 14 of these 15 defendants and Ologeanu on or around December 11, 2018, eight of whom were extradited to the United States the week of January 7, 2019. The Court appointed the Defendant's counsel on or around January 10, 2019. Thus, this delay would also provide defense counsel additional time to prepare for the preliminary hearing with the Defendant.

Undersigned counsel has discussed the matter with defense counsel, who does not object to a continuance.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: /s/ Kathryn M. Anderson
Kathryn M. Anderson
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
Kathryn.Anderson@usdoj.gov
(859) 685-4885

Kenneth R. Taylor
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
Ken.Taylor@usdoj.gov
(859)685-4874

Timothy C. Flowers
Senior Trial Attorney

Computer Crime and Intellectual Property Section
1300 New York Avenue NW, Suite 600
Washington, DC 20530
Timothy.Flowers2@usdoj.gov
(202)353-0684

Frank Lin
Senior Trial Attorney
Computer Crime and Intellectual Property Section
1300 New York Avenue NW, Suite 600
Washington, DC 20530
Frank.Lin@usdoj.gov
(202)305-9266

## CERTIFICATE OF SERVICE

On January 14, 2019, I provided defense counsel a copy of this motion through e-mail.

_____
Assistant United States Attorney