UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CASE NO. 18-MJ-54-EBA

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                          **ORDER CONTINUING HEARING**

**BENIAMIN-FILIP OLOGEANU**                                           DEFENDANT

\* \* \* \* \* \*

The United States, having filed a motion to continue the preliminary hearing, the Court ORDERS that this case be continued until _____, at _____, in the United States District Courtroom, Lexington, Kentucky.

On this _____ day of _____, 2019.

_____
Edward B. Atkins, U.S. Magistrate Judge