Eastern District of Kentucky
**FILED**

JAN 1 4 2019

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## ASHLAND

**CASE NO. 18-MJ-54-EBA**

**UNITED STATES OF AMERICA**          **PLAINTIFF**

**V.**        **ORDER CONTINUING HEARING**

**BENIAMIN-FILIP OLOGEANU**          **DEFENDANT**

\* \* \* \* \* \*

The United States, having filed a motion to continue the preliminary hearing, the Court ORDERS that this case be continued until _Jan. 23_, at _2:00 p.m._, in the United States District Courtroom, Lexington, Kentucky.

On this _14th_ day of _January_, 2019.



Signed By:
Edward B. Atkins  EBA
United States Magistrate Judge