UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**
JAN 17 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:19 cr-10-JMH

UNITED STATES OF AMERICA     PLAINTIFF

V.     **NOTICE BY UNITED STATES REGARDING RELATED PROSECUTION**

**BENIAMIN-FILIP OLOGEANU,**
   **aka BENI,**
   **aka JOHNLA73, and**
   **aka MARIAN BRADISTEANU**     DEFENDANT

\* \* \* \* \*

This criminal action is related to *United States v. Andrei Cătălin Stoica, et al.*, Lexington Criminal Action No. 18-81, which is assigned to Judge Joseph M. Hood.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: /s/ Kathryn M. Anderson
Kathryn M. Anderson
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885
Kathryn.Anderson@usdoj.gov

Kenneth R. Taylor
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
Ken.Taylor@usdoj.gov
(859)685-4874

Timothy C. Flowers
Senior Trial Attorney
Computer Crime and Intellectual Property Section
1300 New York Avenue NW, Suite 600
Washington, DC 20530
Timothy.Flowers2@usdoj.gov
(202)353-0684

Frank Lin
Senior Trial Attorney
Computer Crime and Intellectual Property Section
1300 New York Avenue NW, Suite 600
Washington, DC 20530
Frank.Lin@usdoj.gov
(202)305-9266