**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

Eastern District of Kentucky
**F I L E D**

**JAN 1 7 2019**

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. _5:19 cr·10 -JMH_

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

V.                          **ORDER SEALING INDICTMENT,
MOTION, AND SUBSEQUENT PLEADINGS**

**BENIAMIN-FILIP OLOGEANU,
        aka BENI,
        aka JOHNLA73, and
        aka MARIAN BRADISTEANU**                                   **DEFENDANT**

*     *     *     *     *

The Court ORDERS that the motion of the United States to seal is GRANTED, and the

indictment, the motion to seal, this order, and subsequent pleadings shall remain UNDER SEAL

pending further order of the Court.

On this _17ᵗʰ_ day of _____January_____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Copy:  Kathryn M. Anderson, Assistant United States Attorney
       Kenneth R. Taylor, Assistant United States Attorney
       Pamela Ledgewood, Counsel for Defendant (Appointed)