UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**
JAN 17 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:19cr-10-JMH

UNITED STATES OF AMERICA                                         PLAINTIFF

V.          **MOTION OF UNITED STATES FOR ARRAIGNMENT**

BENIAMIN-FILIP OLOGEANU,
    aka BENI,
    aka JOHNLA73, and
    aka MARIAN BRADISTEANU                                       DEFENDANT

* * * * *

The United States moves for an arraignment. The Defendant is currently in federal custody pursuant to an arrest on a complaint on related charges in Lexington Magistrate Case No. 0:18-MJ-54-EBA. The grand jury has now returned an Indictment.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: _____
Kathryn M. Anderson
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885
Kathryn.Anderson@usdoj.gov

Kenneth R. Taylor
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
Ken.Taylor@usdoj.gov
(859) 685-4874

Timothy C. Flowers  
Senior Trial Attorney  
Computer Crime and Intellectual Property Section  
1300 New York Avenue NW, Suite 600  
Washington, DC 20530  
Timothy.Flowers2@usdoj.gov  
(202)353-0684  

Frank Lin  
Senior Trial Attorney  
Computer Crime and Intellectual Property Section  
1300 New York Avenue NW, Suite 600  
Washington, DC 20530  
Frank.Lin@usdoj.gov  
(202)305-9266