Eastern District of Kentucky
**F I L E D**

**JAN 1 7 2019**

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

CRIMINAL ACTION NO. _5:19cr-10-JMH_

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**V.**                              **ORDER SETTING ARRAIGNMENT**

**BENIAMIN-FILIP OLOGEANU,**
    **aka BENI,**
    **aka JOHNLA73, and**
    **aka MARIAN BRADISTEANU**                                        **DEFENDANT**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for arraignment is GRANTED,

and this matter is SET FOR ARRAIGNMENT in United States District Court at Lexington, on

_January 23rd_ , 2019, at _10:00 am_ . _before Judge Joseph M. Hood._

On this _17th_ day of _January_ , 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Copy:  United States Marshal
       United States Probation Office
       Kathryn M. Anderson, Assistant United States Attorney
       Kenneth R. Taylor, Assistant United States Attorney
       Pamela Ledgewood, Counsel for Defendant (Appointed)