UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Case No. |
| v. | ) ) | 19-CR-10-JMH-1 |
| BENIAMIN-FILIP OLOGEANU, Aka Beni, Aka Johnla73, and Aka Marian Bradisteanu | ) ) ) ) | **SEALED ORDER** |
| Defendant. | | |

\*\*\*

Due to a scheduling conflict with the certified Interpreter, IT IS ORDERED that the ARRAIGNMENT, set for January 23, 2019, at 10:00 a.m. is RESCHEDULED for 11:30 a.m. on January 23, 2019, at Lexington, Kentucky.

This the 17th day of January, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

1