UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
DIVISION AT

Eastern District of Kentucky
**F I L E D**

JAN 2 3 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## OATH TO INTERPRETER

Do you solemnly swear or affirm that you will interpret faithfully and accurately in this matter now before the court; do you so swear or affirm?

_____
INTERPRETER

Livia-Lee Roth
(Print Name)

Subscribed and sworn to before me this 23 day of January, 20 19

ROBERT R. CARR, CLERK

BY: _____

Date of Service: 1-23-19
Language: Romanian

Case No: 19-CR-10      USA  v. Ologeanu
Proceeding: IA & Arr     Judge: Hood

Case No: _____   _____ v. _____
Proceeding: _____   Judge: _____

Case No: _____   _____ v. _____
Proceeding: _____   Judge: _____