UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
**\*SEALED \*CRIMINAL MINUTES –ARRAIGNMENT**

Lexington Case No. 19-10-JMH-MAS-1        At  Lexington            Date  January 23, 2019

USA vs Beniamin-Filip Ologeanu           X  present    X  custody        bond        OR     Age         .

DOCKET ENTRY:  Parties appeared as noted for Arraignment.  Romanian certified Interpreter, Liviu-Lee Roth, was present to interpret the proceedings.  A copy of his oath will be filed in the record.  The Court ORDERS that a certified Interpreter shall be provided for all future proceedings.  The Court FINDS that the period of delay in scheduling this trial outweighs the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C.§ 3161(h)(7)(A0, due to the nature of the prosecution, and voluminous discovery.  The Jury Trial in this case is set outside of the seventy (70) days and the time is excluded from April 3, 2019 (70 days from today) until August 7, 2019, the trial date.  The Court will enter a separate pretrial discovery order.

PRESENT:  HON. JOSEPH M. HOOD, SENIOR U.S. DISTRICT JUDGE

**Signed By:**

_Joseph M. Hood_

**Senior U.S. District Judge**

| Genia Denisio | Linda Mullen | Liviu-Lee Roth | Kathryn Anderson |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant        Pam Ledgewood        X  present        retained   X  appointed

PROCEEDINGS:  **ARRAIGNMENT**

| | |
|---|---|
| X | Copy of Indictment given to the defendant. |
| X | Defendant states true name is as stated on indictment. |
| | Defendant advised the Court that he/she will retain counsel. |
| X | Defendant request that the Court appoint counsel. |
| X | Financial Affidavit previously executed & filed. |
| X | Court FINDS defendant qualifies for Court Appointed Counsel under provision of CJA. |
| X | Ordered   Pam Ledgewood        is appointed Attorney under the CJA. |
| X | Defendant advised of Constitutional Rights. |
| X | Defendant waived formal arraignment |
| X | Defendant waives reading of Indictment - Information.   x Indictment - Information read. |
| X | Defendant pleads              Guilty to Counts.  x Not guilty to Counts - ALL |
| X | Defendant advised of the nature of charges and possible penalties. |
| X | Pretrial motions to be filed pursuant to Court's pretrial order to be entered. |
| X | Court assigned for JURY TRIAL on **AUGUST 7, 2019 AT 9:00 A.M.,** before Judge Joseph M. Hood. The estimated length of trial is one (1) week. |
| | Defendant released on conditions. |
| X | Defendant remanded to custody of the USM. |

Copies:  COR, USP, USM, D,JC

Initials of Deputy Clerk      gld
TIC: /5 min