UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:19-10-JMH

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                          **PROPOSED ORDER**

BENIAMIN-FILIP OLOGEANU                                              DEFENDANT

\* \* \* \* \*

The Court ORDERS that the case cited herein is complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

The Court FURTHER GRANTS the United States's motion to delay the issuance of a pretrial discovery order.

On this _____ day of _____, 2019.

_____
JOSEPH M. HOOD, SENIOR JUDGE