UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:19-10-JMH

UNITED STATES OF AMERICA                                        PLAINTIFF

V.                    **ORDER GRANTING MOTION
              FOR ALTERNATIVE VICTIM NOTIFICATION**

BENIAMIN-FILIP OLOGEANU                                         DEFENDANT

\* \* \* \* \*

The Court ORDERS that the motion of the United States for alternative victim notification is GRANTED.

On this _____ day of _____, 2019.

_____
JOSEPH M. HOOD, SENIOR JUDGE