UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON



CRIMINAL ACTION NO. 5:19-10-JMH

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                          **ORDER GRANTING MOTION
                        FOR ALTERNATIVE VICTIM NOTIFICATION**

BENIAMIN-FILIP OLOGEANU                                                              DEFENDANT

\* \* \* \* \*

The Court ORDERS that the motion of the United States for alternative victim notification is GRANTED.

On this __24th__ day of __January__, 2019.

_____
JOSEPH M. HOOD, SENIOR JUDGE

5