UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CRIMINAL ACTION NO. 19-CR-10-JMH



UNITED STATES OF AMERICA                                    PLAINTIFF

V.            **NOTICE OF ENTRY OF APPEARANCE**

BENJAMIN-FILIP OLOGEANU                                     DEFENDANT

\* \* \* \* \*

Comes David J. Guarnieri and Trevor M. Nichols, Attorneys at Law, with McBrayer, McGinnis, Leslie & Kirkland PLLC, and hereby enter their appearance as counsel of record for the Defendant, Benjamin-Filip Ologeanu.

Please forward copies of all future correspondence, notices and pleadings to the attorneys listed below.

Respectfully submitted,

MCBRAYER, MCGINNIS, LESLIE
& KIRKLAND, PLLC
201 E. Main Street, Suite 900
Lexington, KY 40507
(859) 231-8780
dguarniri@mmlk.com
tnichols@mmlk.com

DAVID J. GUARNIERI
TREVOR M. NICHOLS
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading was served via U.S. mail and email on the following, this the 1st day of February 2019:

Kate Anderson
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Kentucky
360 W. Vince Street, Suite 300
Lexington, Kentucky 40507
Kathryn.Anderson@usdoj.gov

Pamela S. Ledgewood
271 W. Short Street, Suite 403
Lexington, Kentucky 40507
ledgewood.pam@gmail.com

_____
DAVID J. GUARNIERI
ATTORNEY FOR DEFENDANT

2