Eastern District of Kentucky
**FILED**

**FEB 0 1 2019**

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO: 5:19-CR-00010-JMH

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.

BENIAMIN-FILIP OLOGEANU                                                          DEFENDANT

## MOTION TO WITHDRAW

Comes Pam Ledgewood, CJA counsel in the above matter, and hereby moves to withdraw and submit a reasonable fee request. As grounds for said motion, counsel states that the morning of January 30, 2019 she received an email from the Hon. David J. Guarnieri stating that he has been retained, and is filing an entry of appearance.

Respectfully,

/s/ Pam Ledgewood
PAM LEDGEWOOD
271 W. Short Street, Suite 403
Lexington, KY 40507
Telephone: 859-233-7323
Email: ledgewood.pam@gmail.com
CJA ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

    I hereby certify that on February 1, 2019, I filed the foregoing in paper via hand-delivery with the Clerk of the Court, and service was made by email to the following:

Hon. Kate Anderson
Assistant United States Attorney
U.S. Attorney's Office, EDKY
260 West Vine St.
Lexington, KY 40507
(859) 233-2661
Kathryn.Anderson@doj.gov

Hon. David J. Guarnieri
McBrayer, McGinnis, Leslie & Kirkland PLLC
201 East Main St. #1000
Lexington, KY 40507
(859) 231-8780, ext. 1218
dguarnieri@mmlk.com

*/s/ Pam Ledgewood*
PAM LEDGEWOOD