UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO: 5:19-CR-00010-JMH

UNITED STATES OF AMERICA	PLAINTIFF

v.

BENIAMIN FILIP OLOGEANU	DEFENDANT

## ORDER

This matter is before the Court on Pam Ledgewood's Motion to Withdraw as appointed CJA counsel for the above Defendant. The Court having reviewed the record and being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. That the motion is **GRANTED** and Pam Ledgewood is **WITHDRAWN** as CJA counsel for the above Defendant;

2. Ms. Ledgewood shall be relieved of any further responsibility and is permitted to submit a reasonable fee request upon turning over case materials to retained counsel.

ENTERED:_____

_____
SENIOR JUDGE
UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF KENTUCKY