Eastern District of Kentucky
**FILED**

FEB 0 6 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

**CRIMINAL ACTION NO. 19-10-JMH**

UNITED STATES OF AMERICA             PLAINTIFF

V.        **MOTION OF UNITED STATES
TO UNSEAL INDICTMENT AND PLEADINGS**

**BENIAMIN-FILIP OLOGEANU**           DEFENDANT

\* \* \* \* \*

Given the extradition of the defendant, the United States moves to unseal the indictment and other pleadings sealed by the Order of January 17, 2019.

Respectfully submitted,

ROBERT M. DUNCAN
UNITED STATES ATTORNEY

By: /s/ Kathryn M. Anderson

Kathryn M. Anderson
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885
FAX (859) 233-2747
Kathryn.Anderson@usdoj.gov