**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
**FILED**
FEB 0 6 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 19-10-JMH**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

V.        **ORDER UNSEALING INDICTMENT AND PLEADINGS**

**BENIAMIN-FILIP OLOGEANU**                                                          **DEFENDANT**

\* \* \* \* \*

The Court ORDERS that the motion of the United States to unseal is GRANTED, and the indictment and other pleadings sealed by the Order of January 17, 2019 are UNSEALED.

On this __6th__ day of __February__, 2019.

_Joseph M. Hood_

Copies:    Kathryn M. Anderson, Assistant United States Attorney
           David Guarnieri, Attorney for Defendant