UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**F I L E D**
FEB - 6 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. <u>5:19-CR-10-S-JMH-MAS</u>

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.          <u>**MOTION OF UNITED STATES FOR ARRAIGNMENT**</u>

**BENIAMIN-FILIP OLOGEANU,**                                                             DEFENDANT
    **aka BENI,**
    **aka JOHNLA73, and**
    **aka MARIAN BRADISTEANU**

\* \* \* \* \*

The United States moves for an arraignment because the grand jury has returned a superseding indictment. The Defendant, BENIAMIN-FILIP OLOGEANU, is currently in federal custody on the initial indictment and being housed at Fayette County Detention Center. Once the Court sets a date for the arraignment, the undersigned will take the appropriate steps with the U.S. Marshals Service to secure the Defendant's presence at the arraignment.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: *[signature]*
Kathryn M. Anderson
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885, FAX (859) 233-2747
Kathryn.Anderson@usdoj.gov