UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON



*Eastern District of Kentucky*
**FILED**
FEB 07 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:19-CR-10-S-JMH-MAS

UNITED STATES OF AMERICA                                           PLAINTIFF

V.                    **ORDER SETTING ARRAIGNMENT**

BENIAMIN-FILIP OLOGEANU,                                           DEFENDANT
    aka BENI,
    aka JOHNLA73, and
    aka MARIAN BRADISTEANU

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for arraignment is

GRANTED, and this matter is SET FOR ARRAIGNMENT in United States District

Court at Lexington, on **February 19, 2019**, 2019, at **1:00 p.m.**

On this **7th** day of **February**, 2019.

*Joseph M. Hood*
UNITED STATES District JUDGE

Copies:    United States Marshal
             United States Probation
             Kathryn M. Anderson, Assistant United States Attorney
             Kenneth R. Taylor, Assistant United States Attorney
             David Guarnieri, Attorney for Defendant