Eastern District of Kentucky

**FILED**

FEB 1 9 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
DIVISION AT

## OATH TO INTERPRETER

Do you solemnly swear or affirm that you will interpret faithfully and accurately in this matter now before the court; do you so swear or affirm?

_____
INTERPRETER

_Liviu - Lee Roth_
(Print Name)

Subscribed and sworn to before me this *19th* day of *February*, 20 *19*

ROBERT R. CARR, CLERK

BY: _____

Date of Service:   *2-19-19*

Language:   *Romanian*

Case No:   *19- 10*            *USA*            v. *Ologeanu*

Proceeding:   *IA & Au*       Judge: *Hood*

Case No:   _____      _____ v. _____

Proceeding:   _____      Judge: _____

Case No:   _____      _____ v. _____

Proceeding:   _____      Judge: _____