UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
**CRIMINAL MINUTES –ARRAIGNMENT**

Lexington Case No. 19-10-JMH-MAS-S-1    At  Lexington          Date  February 19, 2019

USA vs Beniamin-Filip Ologeanu          X   present    X   custody      bond      OR    Age          .

DOCKET ENTRY:  Parties appeared as noted for Arraignment on the Superseding Indictment.  Romanian certified Interpreter, Liviu-Lee Roth, was present to interpret the proceedings.  A copy of his oath will be filed in the record

PRESENT:  HON. JOSEPH M. HOOD, SENIOR U.S. DISTRICT JUDGE

Signed By:

**Joseph M. Hood**

**Senior U.S. District Judge**

| Genia Denisio | Linda Mullen | Liviu-Lee Roth | Kathryn Anderson/Kenneth Taylor |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant David J. Guarnieri
                         Trevor Nichols          Xpresent    X  retained      appointed

PROCEEDINGS:  **ARRAIGNMENT ON SUPERSEDING INDICTMENT**

| | |
|---|---|
| X | Copy of Superseding Indictment given to the defendant. |
| X | Defendant states true name is as stated on Superseding Indictment. |
| | Defendant advised the Court that he/she will retain counsel. |
| | Defendant request that the Court appoint counsel. |
| | Financial Affidavit previously executed & filed. |
| | Court FINDS defendant qualifies for Court Appointed Counsel under provision of CJA. |
| | Ordered __is appointed Attorney under the CJA. |
| X | Defendant advised of Constitutional Rights. |
| X | Defendant waived formal arraignment |
| X | Defendant waives reading of Superseding Indictment - Information. ___ Indictment - Information read. |
| | Defendant pleads_____Guilty to Counts.  x Not guilty to Counts - ALL |
| X | Defendant advised of the nature of charges and possible penalties. |
| X | Pretrial motions to be filed pursuant to Court's pretrial order to be entered. |
| X | Court assigned for JURY TRIAL on **AUGUST 7, 2019 AT 9:00 A.M.,** before Judge Joseph M. Hood. The estimated length of trial is **two (2) weeks.** |
| | Defendant released on conditions. |
| X | Defendant remanded to custody of the USM. |

Copies:  COR, USP, USM, D,JC

Initials of Deputy Clerk     gld
TIC: /5 min