# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

**CRIMINAL ACTION NO. 19-10-JMH**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**V.**         **MOTION OF UNITED STATES**
          **FOR ENTRY OF PROTECTIVE ORDER**

**BENIAMIN-FILIP OLOGEANU**                                     **DEFENDANT**

\* \* \* \* \*

      The United States, having obtained an agreement from counsel for the above-named Defendant, who has reviewed and agreed to the attached proposed Agreed Protective Order, moves the Court to enter the attached Agreed Protective Order, which will govern the handling by Defendant of the discovery provided by the United States.

                                            Respectfully submitted,

                                            ROBERT M. DUNCAN, JR.
                                            UNITED STATES ATTORNEY

                        By:   /s/ Kathryn M. Anderson
                                Kathryn M. Anderson
                                Assistant United States Attorney
                                260 W. Vine Street, Suite 300
                                Lexington, Kentucky 40507-1612
                                (859) 685-4885
                                Kathryn.Anderson@usdoj.gov

CERTIFICATE OF SERVICE

    On February 20, 2019, I electronically filed this motion through the ECF system, which will send the notice of electronic filing to:

        David Guarnieri
        Counsel for BENIAMIN-FILIP OLOGEANU

        s/ Kathryn M. Anderson
        Assistant United States Attorney