UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL NO. 19-10-JMH

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                       **NOTICE BY UNITED STATES OF
                          AGREED DISCOVERY TIMELINE**

BENIAMIN-FILIP OLOGEANU                                                DEFENDANT

* * * * * *

The United States gives notice that, after consultation with defense counsel for the above-named Defendant, the parties have agreed to the following discovery timeline:

1) By March 8, 2019, the United States will produce the first phase of the discovery materials, that is, those materials pertaining to the above-named Defendant generally collected and added to the discovery database before December 11, 2018.

2) By April 30, 2019, the United States will produce the second phase of the discovery materials, that is, those materials pertaining to the above-named Defendant generally collected and added to the discovery database on or after December 11, 2018.

The United States has already provided the above-named Defendant with a summary report.

Given this agreed-upon timeline, the United States respectfully requests the Court to enter a Pretrial Order governing the deadlines for discovery, motions, and pretrial filings, including this agreed-upon timeline.

                                        Respectfully Submitted,

                                        ROBERT M. DUNCAN, JR.
                                        UNITED STATES ATTORNEY

By:    s/ Kathryn M. Anderson
         Assistant United States Attorney
         260 W. Vine Street, Suite 300
         Lexington, Kentucky 40507-1612
         (859) 685-4885
         Kathryn.Anderson@usdoj.gov

CERTIFICATE OF SERVICE

On February 22, 2019, I electronically filed this motion through the ECF system, which will send the notice of electronic filing to:

>David J. Guarnieri
>Trevor M. Nichols
>Counsel for BENIAMIN-FILIP OLOGEANU

s/ Kathryn M. Anderson
Assistant United States Attorney