# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

**CRIMINAL NO. 5:19-CR-10-S-JMH**

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

**V.**                         **STATUS REPORT**

**BENIAMIN-FILIP OLOGEANU,**                                  **DEFENDANTS**
**AUSTIN EDWARD NEDVED,**
**DIMITRIOUS ANTOINE BROWN, and**
**ANDREW GILBERT YBARRA, II**

\* \* \* \* \* \*

Pursuant to the Court's Order (R. 190), the United States is filing this Status Report to notify the Court that the second universal production of discovery was provided to the Coordinating Discovery Attorney on April 30, 2109.  A discovery inventory describing the items contained in the production was emailed to all counsel of record on the same date.

United States is in the process of gathering the hard drives from defense counsel so that the next round of individual discovery can be produced.  Those individual productions will include such items as forensic analyses of seized devices, search material, and grand jury material.

Upon disclosure of the individual discovery productions described above, this will conclude the majority of anticipated discovery in this case. There is one outstanding search warrant that may contain a large of amount of data. The United States will be in a better position to address what impact that might have on the discovery process once the data has been received by the investigators. The United States recognizes its ongoing supplemental discovery obligations, and will provide such discovery as necessary.

        Respectfully Submitted,

        ROBERT M. DUNCAN, JR.
        UNITED STATES ATTORNEY

By:   s/ Kenneth R. Taylor
       Assistant United States Attorney
       260 W. Vine Street, Suite 300
       Lexington, Kentucky 40507-1612
       (859) 685-4874
       Ken.Taylor@usdoj.gov

CERTIFICATE OF SERVICE

On May 6, 2019, I electronically filed this motion through the ECF system, which will send the notice of electronic filing to:

>David Guarnieri
>Counsel for BENIAMIN-FILIP OLOGEANU
>
>Derek Gordon
>Counsel for AUSTIN NEDVED
>
>James O'Toole
>Counsel for DIMITRIOUS BROWN
>
>J. Clark Baird
>Counsel for ANDREW YBARRA, II

>s/ Kenneth R. Taylor
>Assistant United States Attorney