# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

**CRIMINAL NOS. 18-81-JMH**
**19-10-JMH**

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**


**V.        MOTION FOR CONSOLIDATION AND PROPOSED ORDER**
**SETTING TRIAL DATE AND DISCOVERY DEADLINES**


**ANDREI-CĂTĂLIN STOICA,**                                   **DEFENDANTS**
**LIVIU-SORIN NEDELCU,**
**MARIUS-DORIN CERNAT,**
**ŞTEFAN-ALEXANDRU PĂIUŞI,**
**EUGEN-ALIN BADEA,**
**BOGDAN-ŞTEFAN POPESCU,**
**ALIN-IONUŢ DOBRICĂ,**
**FLORIN ARVAT,**
**IONUT CIOBANU,**
**ALEXANDRU ION,**
**VLAD-CALIN NISTOR,**
**ROSSEN IOSSIFOV,**
**BENIAMIN-FILIP OLOGEANU,**
**AUSTIN EDWARD NEDVED,**
**DMITRIOUS ANTOINE BROWN, and**
**ANDREW GILBERT YBARRA II**

\* \* \* \* \* \*

On May 13, 2019, the Court set the trial date for *United States v. Ologeanu*, 5:19-CR-10-JMH, for October 15, 2019 ("*Ologeanu*"). [R. 104: Minute Entry for Arraignment.] The United

States respectfully requests that the Court consolidate the *Ologeanu* trial with the trial for *United States v. Stoica*, 5:18-CR-81-JMH ("*Stoica*"), and set the trial date for both matters for October 15, 2019.  Additionally, the United States requests that the Court issue pretrial filing deadlines commensurate with those typically ordered in the Court's standard Pretrial Order.

    1.  <u>Consolidation</u>

The United States moves, under Federal Rule of Criminal Procedure 13, for an order that the *Stoica* and *Ologeanu* cases be tried together.  Consolidation is appropriate if "all offenses and all defendants could have been joined in a single indictment or information." FED. R. CRIM. P. 13.  An indictment may charge multiple defendants "if they are alleged to have participated in the same act or transaction, or in the same series of acts or transactions, constituting an offense or offenses."  FED. R. CRIM. P. 8(b).

The *Stoica* and *Ologeanu* indictments charge that both sets of defendants participated in the Alexandria Online Auction Fraud Network, as part of a RICO conspiracy.  The defendants could have been charged in a single indictment.  Thus, consolidation is appropriate.  What is more, consolidation here breeds efficiency.  The United States would put on much of the same witnesses and evidence to prove the RICO conspiracy violations under both indictments.  Only presenting that case one time would save considerable judicial resources.

2. <u>Scheduling Order</u>

In light of the motion for consolidation, the United States also respectfully moves for the Court to schedule the trial date for both *Stoica* and *Ologeanu* to October 15, 2019, the current trial date for the *Ologeanu* case.  The United States further requests that the Court set other pretrial deadlines in conformity with the Court's typical Pretrial Order.

As indicated in the United States's previous notice, the United States has provided the majority of anticipated discovery in this case and recognizes its ongoing supplemental discovery obligations.  The United States will continue to provide additional discovery pursuant to those obligations.

<div style="margin-left: 50%;">

Respectfully Submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By:   <u>s/ Kathryn M. Anderson</u>
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885
Kathryn.Anderson@usdoj.gov

</div>

CERTIFICATE OF SERVICE

On May 15, 2019, I electronically filed this motion through the ECF system, which will send the notice of electronic filing to:

Dan Carman
Counsel for ANDREI-CĂTĂLIN STOICA

Thomas Lyons
Counsel for LIVIU-SORIN NEDELCU

Mark Wohlander
Counsel for MARIUS-DORIN CERNAT

Patrick F. Nash
Counsel for ŞTEFAN-ALEXANDRU PĂIUŞI

Fred E. Peters
Counsel for EUGEN-ALIN BADEA

Patrick Renn
Counsel for BOGDAN-ŞTEFAN POPESCU

Pamela D. Perlman
Counsel for ALIN-IONUŢ DOBRICĂ

Jeffrey A. Darling
Counsel for FLORIN ARVAT

C. William Swinford
Counsel for ALEXANDRU ION

Robert C. Webb
Counsel for VLAD-CALIN NISTOR

Elizabeth Snow Hughes
Counsel for ROSSEN IOSSIFOV

David Guarnieri
Counsel for BENIAMIN-FILIP OLOGEANU

4

Derek Gordon
Counsel for AUSTIN NEDVED

James O'Toole
Counsel for DIMITRIOUS BROWN

J. Clark Baird
Counsel for ANDREW YBARRA, II

                              s/ Kathryn M. Anderson
                              Assistant United States Attorney