# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

**CRIMINAL NOS. 18-81-JMH**
**19-10-JMH**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**V.**                                            **PROPOSED ORDER**

**ANDREI-CĂTĂLIN STOICA,**                                                                 **DEFENDANTS**
**LIVIU-SORIN NEDELCU,**
**MARIUS-DORIN CERNAT,**
**ŞTEFAN-ALEXANDRU PĂIUŞI,**
**EUGEN-ALIN BADEA,**
**BOGDAN-ŞTEFAN POPESCU,**
**ALIN-IONUŢ DOBRICĂ,**
**FLORIN ARVAT,**
**IONUT CIOBANU,**
**ALEXANDRU ION,**
**VLAD-CALIN NISTOR,**
**ROSSEN IOSSIFOV,**
**BENIAMIN-FILIP OLOGEANU,**
**AUSTIN EDWARD NEDVED,**
**DMITRIOUS ANTOINE BROWN, and**
**ANDREW GILBERT YBARRA II**

\* \* \* \* \*

The United States having moved the Court for consolidation of trials in the above-cited matters and for the court to issue its standard pretrial deadlines, it is hereby

ORDERED that the motion for consolidation and for the issuance of the Court's standard pretrial deadlines is GRANTED.

On this _____ day of _____, 2019.

_____

JOSEPH M. HOOD, JUDGE