UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Case No. |
| | ) | 5:19-CR-010-JMH-MAS |
| v. | ) ) | **ORDER** |
| BENIAMIN-FILIP OLOGEANU, *et al.*, | ) ) ) | |
| Defendants. | ) | |

\*\*\*

The United States has moved to consolidate the above-captioned criminal action and *United States v. Stoica, et al.*, 5:18-CR-081-JMH-MAS. [DE 105]. Before considering the motion, the Defendants must have an opportunity to respond in opposition if they oppose the pending motion to consolidate. Accordingly, **IT IS ORDERED** as follows:

(1) Any defendant in the above-captioned action that opposes the motion to consolidate [DE 105] filed by the United States of America **SHALL FILE** a response in opposition **on or before Friday, May 24, 2019**;

(2) If a response in opposition is filed by any defendant, the United States of America **MAY REPLY on or before Friday, May 31, 2019**; and

(3) If defendants fail to respond in opposition within the time period outlined above, the Court will assume the motion is unopposed and the Court will proceed accordingly.

This the 17th day of May, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge