```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at LEXINGTON
```

UNITED STATES OF AMERICA,      )
                               )
    Plaintiff,                 )           Case No.
                               )        5:19-CR-010-JMH-MAS
v.                             )
                               )              **ORDER**
BENIAMIN-FILIP OLOGEANU, *et*  )
*al.*,                         )
                               )
    Defendants.                )

                                                 ***

**IT IS ORDERED** that a **STATUS CONFERENCE**, <u>**for counsel only**</u>, is scheduled for **Monday, June 17, 2019, at 11:30 a.m.**, at the United States Courthouse in Lexington, Kentucky, subject to intervening orders of the Court. The purpose of this status conference is to discuss the status of discovery and the date for trial in this action.

    This the 28th day of May, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge