AO 35 (03/10) Certificate of Official Court Reporter

19-117

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Eastern District of Kentucky
**FILED**
DEC 19 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## CERTIFICATE OF OFFICIAL COURT REPORTER
Arraignments, Pleas, and Sentencing Proceedings

I, *(print full name)* Linda Mullen, certify that I am a duly appointed Official Court Reporter for the United States district court named above, and that I was present in the courtroom of this court on *(date)* 1/23/2019. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the following cases:

| Name of Defendant | Docket Number | Nature of Proceeding *(Arraignment, plea, sentence)* |
|---|---|---|
| Scott Kirk Koehler | 5:18-cr-110 | Competency hearing |
| Teddy S. Hawkins | 5:18-cr-63 | Suppression hearing |
| Benjamin-Filip Ologeanu | 5:19-cr-10 | Arraignment |

I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on *(machine or equipment – make and model or format)* USB flash drive, that it can be transcribed without undue difficulty, and that I have filed the original recording with the clerk of court.

I further certify that I have filed my original steno-notes, stenomask recordings, or other original records taken of these proceedings with the clerk as required by 28 USC § 753(b).

Date: 1/28/2019

Linda Mullen
*(Court Reporter's Signature)*