AO 35 (03/10) Certificate of Official Court Reporter

19-117

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Eastern District of Kentucky
**FILED**

DEC 19 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## CERTIFICATE OF OFFICIAL COURT REPORTER
Arraignments, Pleas, and Sentencing Proceedings

I, (print full name) __Linda Mullen__, certify that I am a duly appointed Official Court Reporter for the United States district court named above, and that I was present in the courtroom of this court on (date) __2/20/2019__. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the following cases:

| Name of Defendant | Docket Number | Nature of Proceeding (Arraignment, plea, sentence) |
|---|---|---|
| Roy Dean / Donnie J. Dean / Keith Allen Brown | 5:19-cr-18 | arraignment |
| Lamar M Ford | 5:18-cr-156 | motion |
| Benjamin-Filip Ologeanu / Austin Edward Nedved | 5:19-cr-10 | arraignment / initial appearance |

I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on (machine or equipment – make and model or format) __USB flash drive__, that it can be transcribed without undue difficulty, and that I have filed the original recording with the clerk of court.

I further certify that I have filed my original steno-notes, stenomask recordings, or other original records taken of these proceedings with the clerk as required by 28 USC § 753(b).

Date: __2/19/2019__

__Linda Mullen__
(Court Reporter's Signature)